

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00070-CV

MUNSON SEED COMPANY, LLC, APPELLANT

V.

LEGEND SEEDS, INC., APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0903, Honorable Ann-Marie Carruth, Presiding

April 21, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Munson Seed Company, LLC, appeals from the trial court's *Default Judgment*. Appellant's brief was originally due March 27, 2023, but was not filed. By letter of April 3, 2023, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by April 13. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam